



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/23/2020
```

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTIN BOWE**
*Senior Counsel*
Tel: (212) 356-0894
Cell: (646) 498-7178

October 23, 2020

**VIA ECF**
Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

Re: *J.P. obo G.J. v. N.Y.C. Dep't of Educ.,* 20-cv-3493 (JMF)(BCM)

Dear Judge Moses:

I am Senior Counsel in the office of Corporation Counsel James E. Johnson, supervising attorney for Defendant in the above-referenced action wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to inform the Court that the parties have fully resolved this case, and to thus respectfully request that the conference scheduled for October 29, 2020 be cancelled *sine die*. The parties expect to be able to file an executed stipulation of settlement no later than the end of next week.

Thank you for considering this submission.

Respectfully submitted,

/s/

_____
Martin Bowe
Senior Counsel

cc: Rebecca Shore, Esq. (via ECF)
Katherine Cassidy, Esq. (via ECF)

> Application GRANTED. The October 29, 2020 settlement conference is hereby ADJOURNED *SINE DIE*. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> October 23, 2020